**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **MAKINO INC.** | : | Case No. 1:23-cv-0008 |
| | : | |
| | : | (Judge _____) |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| **CROSS INDUSTRIES, INC., ET AL.** | : | **MOTION TO FILE UNDER SEAL** |
| | : | |
| Defendants | : | |

Comes now the Plaintiff, Makino Inc. ("Makino"), by and through counsel, and hereby moves this Court for an Order permitting Makino to file its Complaint under seal. As grounds for this Motion, Makino states that the underlying basis for this Complaint is that Cross Industries, Inc. has breached a Settlement Agreement. The terms of the Settlement Agreement are confidential. Therefore, to protect the confidentiality, Makino requests that it be permitted to file the Complaint under seal.

/s/ Barry F. Fagel
Barry F. Fagel  (#0060122)
Lindhorst & Dreidame Co., LPA
312 Walnut Street, Ste. 3100
Cincinnati, OH  45202
(513)  421-6630
(513)  421-0212 (fax)
bfagel@lindhorstlaw.com
***Attorneys for Plaintiff***