**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **MAKINO INC.** | : | Case No. 1:23-cv-0008 |
| | :: | |
| | : | (Judge Michael R. Barrett) |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | **ORDER GRANTING PLAINTIFF'S** |
| **CROSS INDUSTRIES, INC. , ET AL.** | : | **MOTION TO FILE UNDER SEAL** |
| | : | |
| | : | |
| Defendants | : | |

The Plaintiff, Makino Inc. ("Makino"), has moved this Court for an Order directing that it be permitted to file its Complaint under seal (Docs. 1, 2), and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED that said Motion is well taken and Plaintiff is permitted to file the Complaint under seal.

/s/ Michael R. Barrett
———————————————
Judge Michael R. Barrett