UNITED STATES DISCRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MAKINO INC. | : | Case No. 1:23-cv-00008 |
| Plaintiff | : | |
| vs. | : | |
| CROSS INDUSTRIES, INC., et al. | : | MOTION FOR DEFAULT JUDGMENT |
| Defendants | : | |

Comes now the Plaintiff, Makin Inc. ("Makino"), and hereby requests default judgment against the Defendant, Cross Industries, Inc. ("Cross"). As grounds for this motion, Makino states that Cross has been served with the Complaint but has failed to answer as required by the Civil rules. As such, Makino requests judgment against Cross in the amount of $275,000.00, plus return of the two machines at issue, plus prejudgment interest from December 1, 2022.

An affidavit in support is attached hereto. A proposed order is also attached hereto.

Respectfully submitted,

/s/ *Barry F. Fagel*

Barry F. Fagel  (#0060122)
Lindhorst & Dreidame Co., LPA
312 Walnut Street, Ste. 3100
Cincinnati, OH  45202
(513) 345-5797
(513) 421-0212 (fax)
bfagel@lindhorstlaw.com

1