**Financing Change Statement/Change Statement**
État de modification du financement/État de modification

2019/02/06  037  03378
CCCL263  5064A20190206A

Ontario
Ministry of Consumer and Business Services
Ministère des Services aux Consommateurs et aux Entreprises

Form/Formule 3C

PPSA

Reference File Number: 748157688

Business Debtor: CROSS INDUSTRIES

SECUREFACT TRANSACTION SERVICES, INC.
200-372 BAY STREET
TORONTO ON M5H 2W9

**Verification Statement/État de vérification**

Page 1 OF 1  Expiry Date: 2020/02/06

| Form Type | Page | Line | Content |
|---|---|---|---|
| 1C | 1 | 00 | 748157688 |
| 1C | 1 | 01 | CAUTION FILING/AVERTIS:   PAGE:  1 OF/DE: 1   MV SCHEDULE |
| 1C | 1 | 01 | ATTACHED/LISTE VA:  REG NUM/NO ENREGIST: 20190206 1207 5064 4126 |
| 1C | 1 | 01 | REG UNDER/T. ENREG: P  REG PERIOD/PERIODE: 01 |
| 1C | 1 | 03 | CROSS INDUSTRIES |
| 1C | 1 | 04 | 2629 PROGRESSIVE WAY |
| 1C | 1 | 04 | ABBOTSFORD  BC  V2T 6H8 |
| 1C | 1 | 08 | MAKINO INC. |
| 1C | 1 | 09 | 7680 INNOVATION WAY |
| 1C | 1 | 09 | MASON  OH  45040 |
| 1C | 1 | 10 | CONS GOODS/BIENS CONS:  INVTRY/STOCK:  EQUIP/MATER: X |
| 1C | 1 | 10 | ACCTS/COMPT: X  OTHER/AUTRE: X  MV INCL/VA INCLUS: |
| 1C | 1 | 10 | AMOUNT/MONTANT:  DATE OF MATURITY/DATE ECHEANCE: |
| 1C | 1 | 10 | NO FIXED MAT DATE/D ECHE PAS DET: |
| 1C | 1 | 13 | ONE MAKINO MACHINE WITH SERIAL NUMBER V151174, ALONG WITH ALL |
| 1C | 1 | 14 | ATTACHMENTS, SHIPPED ON 1/25/18. VALUE IS $210,000.00 USD |
| 1C | 1 | 16 | SECUREFACT TRANSACTION SERVICES, INC. |
| 1C | 1 | 17 | 200-372 BAY STREET |
| 1C | 1 | 17 | TORONTO  ON  M5H 2W9 |

*** VERIFY IMMEDIATELY UPON RECEIPT / VERIFIEZ IMMEDIATEMENT VOTRE AVIS ***

**EXHIBIT A**

**Financing Change Statement/Change Statement**
État de modification du financement/État de modification

2019/02/06    037    03379
CCCL263    5064A20190206A

Ontario
Ministry of Consumer and Business Services
Ministère des Services aux Consommateurs et aux Entreprises

Form / Formule **3C**

Registered Under: PPSA

Reference File Number: 748157931

CROSS INDUSTRIES

SECUREFACT TRANSACTION SERVICES, INC.
200-372 BAY STREET
TORONTO ON  M5H 2W9

---

**Verification Statement/État de vérification**

Page 1 of 2    Expiry Date: 2020/02/06

```
1C  1  00  748157931
1C  1  01  CAUTION FILING/AVERTIS:    PAGE:    1 OF/DE: 2    MV SCHEDULE
1C  1  01  ATTACHED/LISTE VA:    REG NUM/NO ENREGIST: 20190206 1218 5064 4128
1C  1  01  REG UNDER/T. ENREG: P    REG PERIOD/PERIODE: 01
1C  1  03  CROSS INDUSTRIES
1C  1  04  2629 PROGRESSIVE WAY
1C  1  04  ABBOTSFORD             BC    V2T 6H8
1C  1  08  MAKINO INC.
1C  1  09  7680 INNOVATION WAY
1C  1  09  MASON                  OH    45040
1C  1  10  CONS GOODS/BIENS CONS:    INVTRY/STOCK:    EQUIP/MATER: X
1C  1  10  ACCTS/COMPT: X    OTHER/AUTRE: X    MV INCL/VA INCLUS:
1C  1  10  AMOUNT/MONTANT:              DATE OF MATURITY/DATE ECHEANCE:
1C  1  10           NO FIXED MAT DATE/D ECHE PAS DET:
1C  1  13  THIS IS A RE-REGISTRATION OF FILE NUMBER 735938181, REGISTRATION
1C  1  14  NUMBER 20180125 0958 5064 3245 WHICH WAS LAPSED ON JAN 25, 2019.
1C  1  15  ONE MAKINO MACHINE WITH SERIAL NUMBER E021313, ALONG WITH ALL
1C  1  16  SECUREFACT TRANSACTION SERVICES, INC.
1C  1  17  200-372 BAY STREET
1C  1  17  TORONTO                ON    M5H 2W9
```

*** VERIFY IMMEDIATELY UPON RECEIPT / VERIFIEZ IMMEDIATEMENT VOTRE AVIS ***

**Financing Change Statement/Change Statement**
*État de modification du financement/État de modification*

2019/02/06  037  03380
CCCL263  5064A20190206A

Ontario
Ministry of Consumer and Business Services
Ministère des Services aux Consommateurs et aux Entreprises

Form Formule **3C**

Reference File Number: 748157931

Business Debtor: CROSS INDUSTRIES

SECUREFACT TRANSACTION SERVICES, INC.
200-372 BAY STREET
TORONTO ON  M5H 2W9

Verification Statement/État de vérification

Page 2 of 2  Expiry Date: 2020/02/06

```
1C  2  00  748157931
1C  2  01  CAUTION FILING/AVERTIS:     PAGE:   2 OF/DE: 2    MV SCHEDULE
1C  2  01  ATTACHED/LISTE VA:     REG NUM/NO ENREGIST: 20190206 1218 5064 4128
1C  2  01  REG UNDER/T. ENREG:    REG PERIOD/PERIODE:
1C  2  13  ATTACHMENTS, SHIPPED ON 1/19/18. VALUE IS $395,000 USD

***  VERIFY IMMEDIATELY UPON RECEIPT / VERIFIEZ IMMEDIATEMENT VOTRE AVIS  ***
```