UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
at Cincinnati

| | | |
|---|---|---|
| **Makino Inc.,** | : | Case Number: 1:23-cv-8 |
| | : | |
| Plaintiff, | : | Judge Michael R. Barrett |
| | : | |
| v. | : | |
| | : | |
| **Cross Industries, Inc. et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**CLERK'S NOTICE OF NON-COMPLIANCE WITH S.D. OHIO CIV. R. RULE 5.1(c)**

S.D. Ohio Civ. R. 5.1(c) provides, "Except as provided herein or unless authorized by a judge, all documents shall be filed electronically as a searchable text PDF. …"

The Clerk's Office has reviewed your filing, docket number(s) [26] and it appears that one or more of the PDFs are not text searchable and therefore is not in compliance with S.D. Ohio Civ. R. 5.1(c). You shall refile docket number(s) [26] as a text searchable document(s), linking the document back to the original filing(s) within 24-hours. Failure to do so could result in your document(s) being stricken from the docket and/or other actions deemed appropriate by the Judicial Officer assigned to this case.

If you are unable to refile your document(s) by the deadline, or you believe that your original document(s) is/are text searchable, you may file a motion in this case requesting an extension of time to file the document(s) or requesting an additional review of the document(s) in question. Alternatively, you may call the Clerk's Office for any inquiries you may have about correcting the issue.

5/19/2025                                    s/ J. Thompson
Date                                            Deputy Clerk