UNITED STATES DISCRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MAKINO INC.** | : | Case No. 1:23-cv-00008 |
| **Plaintiff** | : | |
| vs. | : | |
| **CROSS INDUSTRIES, INC., et al.** | : | **PLAINTIFF'S BILL OF COSTS** |
| **Defendants** | : | |

Comes now the Plaintiff, Makino, Inc., by and through counsel, and hereby submits the following Bill of Costs:

1. Fees of the Clerk: $402.00.

2. Fees for Service of Summons: $3,200.00.

   Total: $3,602.00

Respectfully submitted,

/s/ *Barry F. Fagel*
Barry F. Fagel  (#0060122)
Lindhorst & Dreidame Co., LPA
312 Walnut Street, Ste. 3100
Cincinnati, OH  45202
(513) 345-5797
(513) 421-0212 (fax)
bfagel@lindhorstlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August, 2025, a true and correct copy of the forgoing was electronically filed with the Clerk of Court's CM/ECF system, and that service on case participants shall be accomplished by the CM/ECF system.

1