UNITED STATES DISCRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **MAKINO INC.** | : | Case No. 1:23-cv-00008 |
| **Plaintiff** | : | |
| vs. | : | |
| | | **ORDER GRANTING DEFAULT** |
| **CROSS INDUSTRIES, INC., et al.** | : | **JUDGMENT** |
| **Defendants** | : | |

The Plaintiff, Makino Inc., has moved this Court for default judgment against the Defendant, Cross Industries, Inc., and the Court being sufficiently advised,

IT IS HEREBY ORDERED AND ADJUDGED, that said motion is well taken and is granted. Makino is granted judgment against Cross Industries, Inc. in the amount of $275,000.00. Cross Industries, Inc. is also ordered to return the Makino EDM machine, Serial No. 80168, and the 5 MIL machine, Serial No. 80205. Costs to Cross Industries, Inc.

This is a final and appealable order and there is no just cause for delay.

_____
Judge Barrett